with costs. The sufficiency of the supplemental answer was necessarily involved in the previous decision of this case. (See *Reilly* v. *Barrett*, 163 App. Div. 922.) Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred.

Maddalena Restivo, as Administratrix, etc., of Salvatore Restivo, Deceased, Appellant, v. Bradley Contracting Company, Defendant. Francis L. Corrao, Respondent.— The client had an absolute right to change her attorney. Order reversed, with ten dollars costs and disbursements, and matter remitted to the Special Term to ascertain the amount of the attorney's lien and to provide for its protection. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Frederick H. Stilwell, Respondent, v. Alma B. Stilwell, Appellant.— Interlocutory judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the evidence does not preponderate so as to establish the guilt of the defendant. Jenks, P. J., Thomas and Rich, JJ., concurred; Burr and Carr, JJ., dissented.

Bertha Thompson, Respondent, v. Edward Thompson, Appellant.— Judgment reversed, and judgment directed dismissing the complaint. There is no evidence establishing any of the causes for which an action for separation may be maintained. Plaintiff may insist upon the defendant supporting her, and if he neglects or refuses to do so, she may maintain another action. The evidence is that up to the time of the commencement of this action he contributed to her support in a sum which was mutually satisfactory. Jenks, P. J., Thomas, Stapleton and Putnam, JJ., concurred; Carr, J., not voting.

Bernhard Ueberwasser, Respondent, v. Sophia Heen, Appellant, Impleaded with Others, Respondents.— Order of the County Court of Richmond county reversed. Jenks, P. J., Burr, Thomas, Rich and Putnam, JJ., concurred. Order to be settled pursuant to stipulation.

Williamsburgh Savings Bank, Respondent, v. Fannie Horn and Others, Defendants, and Samuel T. Slater, Appellant.— Order. of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

*Decisions by the Presiding Justice, on Applications to Appeal from the Appellate Term.*

Mary L. Bennett, Appellant, v. Augusta W. Ayling, Respondent.— Application denied, with ten dollars costs.

Eastern Embroidery Works, Appellant, v. Samuel Reitman and Others, Respondents, and two other cases.— Application denied, with ten dollars costs.

Henry Sommerfield, Respondent, v. C. J. Osborne Company, Appellant.— Application denied, with ten dollars costs.

*Committee on Character for the Year 1915.*

Hon. James D. Bell; James P. Judge, Esq.; Harry E. Lewis, Esq.; Charles Morschauser, Esq.; Robert S. Pelletreau, Esq.